# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2300
Lower Tribunal No. 2014-CF-005144

_____

DEANDREW TONY SCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Leticia Marques, Judge.

April 10, 2026

WOZNIAK, J.

The parties properly concede that the trial court lacked jurisdiction to rule on Scott's motion to correct illegal sentence during the pendency of his direct appeal, which has now resolved.[1] *See* Fla. R. Crim. P. 3.800(a)(1). Accordingly, we reverse the order granting Scott's motion. Our reversal is without prejudice to Scott's filing

---

[1] *See Scott v. State*, 397 So. 3d 721 (Fla. 6th DCA 2024).

a renewed motion under rule 3.800. We express no opinion on the merits of the motion.

REVERSED.

WHITE and SMITH, JJ., concur.


Blair Allen, Public Defender, and Susan M. Shanahan, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED